No. 91–6879. SHELTON v. MATTINA ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 948 F. 2d 1277.

No. 91–6881. CARTER v. BARR ET AL. C. A. 10th Cir. Certiorari denied. 

No. 91–6912. FUNK v. LOYALTY ENTERPRISES, LTD. C. A. 9th Cir. Certiorari denied. 

No. 91–6913. TAYLOR v. SCHWEITZER ET AL. C. A. 8th Cir. Certiorari denied. 

No. 91–6930. TODARO v. FULCOMER, DEPUTY COMMISSIONER, WESTERN REGION, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied. 

No. 91–6931. BROWN v. WILLIAM, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 91–6937. SPRINGER v. ROTH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 91–6944. NABKEY v. PECKERAL ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–6945. BAHR v. DEPARTMENT OF THE ARMY. C. A. Fed. Cir. Certiorari denied. 

No. 91–6947. FERRIS v. KASS, JUDGE, SECOND JUDICIAL COURT. C. A. 10th Cir. Certiorari denied. 

No. 91–6948. DEAN v. SMITH ET AL. C. A. 11th Cir. Certiorari denied.

No. 91–6949. DEAN v. HOMEOWNER'S REPAIR SERVICE ET AL. C. A. 11th Cir. Certiorari denied.

No. 91–6950. USHER v. JONES, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied. 

No. 91–6951. SCHLUP v. ARMONTROUT, WARDEN. C. A. 8th Cir. Certiorari denied.